To whom it my Concern,

My name is Darius Robinson (70489-050), my Judge is Noel Lawrence Hillman. I would like to get my Court transcripts my PSI and my Doket Sheet thank you

RECEIVED

FEB 15 2018

NOEL L. HILLMAN
U.S. DISTRICT JUDGE